REDACTED

FILED

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

15 SEP 23 PM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT |
| ) | |
| v. ) | Cause No. 1:15-CR- 51 |
| ) | Violation: 21 U.S.C. § 846 |
| JUAN ALBERTO MENDEZ ) | |

H19-1445M

THE GRAND JURY CHARGES:

On or about September 17, 2014, and continuing to on or about March 1, 2015, in the Northern District of Indiana and elsewhere,

JUAN ALBERTO MENDEZ,

defendant herein, did knowingly and intentionally conspire, combine, confederate, and agree with other persons known and unknown to the Grand Jury to commit an offense against the United States, that is, to violate 21 U.S.C. § 841(a)(1), to distribute and possess with the intent to distribute a controlled substance, including 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; and 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance;

All in violation of 21 U.S.C. § 846.

## FORFEITURE ALLEGATION

The allegation contained in the count of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

Upon conviction of the controlled substance offense alleged in the sole count of this Indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s), and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation(s).

A TRUE BILL

*/s/ Foreperson*
Foreperson


DAVID CAPP
UNITED STATES ATTORNEY

By: */s/ Anthony W. Geller*
Anthony W. Geller
Assistant United States Attorney
E. Ross Adair Federal Bldg. & U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
E-mail Address: anthony.geller@usdoj.gov

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) | | |
| v. | ) | Case No. | 1:15-CR-51-TLS |
| | ) | | |
| JUAN ALBERTO MENDEZ | ) | | |
| *Defendant* | | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JUAN ALBERTO MENDEZ
who is accused of an offense or violation based on the following document filed with the court:

X Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21:846 Conspiracy to Distribute and Possess with Intent to Distribute Schedule I Controlled Substance, Heroin, Schedule II Controlled Substance, Cocaine, and Schedule I Controlled Substance, Marijuana, and Forfeiture

Date: September 23, 2015

*Issuing officer's signature*

City and state: Fort Wayne, Indiana

Robert N. Trgovich, Clerk (ins)
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*